IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**ROBERT LEE NIXON,**<br><br>Supervised Releasee | **NO. 5: 05-CR-19 (HL)**<br><br>RE: SUPERVISED RELEASE VIOLATIONS |

# O R D E R

**ROBERT LEE NIXON**, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for an Initial Appearance under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure on a PETITION FOR ACTION ON SUPERVISED RELEASE. He was represented by Ms. Christina L. Hunt of the Federal Defender's Office; the government was represented by Assistant U. S. Attorney Paul C. McCommon, III. With assistance of counsel, the **SUPERVISED RELEASEE** waived his right to a Preliminary Hearing under Rule 32.1.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE, that the **SUPERVISED RELEASEE** violated state law on or about February 1, 2010, by committing the offenses of Cruelty Toward Children, Battery-Family Violence, Criminal Trespass-Family Violence, Battery, Terroristic Threats-Family Violence, etc. While these charges were subsequently *nol prossed* upon entry of a plea of guilty to the offense of Criminal Damage to Property, apparently because family members refused to cooperate with the prosecution, the undersigned notes that in a Detention Hearing held in the original proceeding herein on April 11, 2005, the undersigned made the following findings of fact, to-wit:

> *The defendant has a record of misdemeanor criminal convictions only, but those convictions include several violent offenses, to-wit: BATTERY/SIMPLE BATTERY (FAMILY VIOLENCE), 2002, State Court of Bibb County; and, SIMPLE BATTERY/FAMILY VIOLENCE, 1/20/05, State Court of Bibb County. He currently has pending another BATTERY/FAMILY VIOLENCE charge for an incident alleged to have occurred on March 26, 2005.*

The similarity of the charges giving rise to the within PETITION FOR ACTION ON SUPERVISED RELEASE to the **SUPERVISED RELEASEE'S** prior arrest and conviction record indicates to the undersigned that the **SUPERVISED RELEASEE** continues to pose a real danger to the community warranting detention pending disposition of the within Petition at the Final Revocation Hearing. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of the Final Revocation Hearing.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.

Said **SUPERVISED RELEASEE** shall appear before Senior U. S. District Judge Hugh Lawson for a **FINAL HEARING** as directed by Judge Lawson. The Clerk of Court is directed to forward this order and the within file to Judge Lawson for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 4th day of OCTOBER, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE